✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF　　Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DARREN RHODES<br>153 SAINT JOSEPH AVENUE<br>FITCHBURG, MA 01420<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:　04-CR-10251-PBS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts<br>Before:　The Honorable Patti B. Saris, U.S.D.J. | Room<br>Courtroom # 19, 7th Floor<br>Date and Time<br>June 9, 2008, at 2:30 p.m. |
|---|---|

To answer a(n)

☐ Indictment　　☐ Information　　☐ Complaint　　X Violation Notice　　☐ Probation Violation Petition

Charging you with a violation of Title　　18　　United States Code, Section(s)　　3606

Brief description of offense:

Violation of Conditions of Supervised Release.

---

Signature of Issuing Officer

/s/ Robert C. Alba, Deputy Clerk
Name and Title of Issuing Officer

April 29, 2008
Date

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DARREN RHODES<br>153 SAINT JOSEPH AVENUE<br>FITCHBURG, MA 01420<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   04-CR-10251-PBS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Room<br>Courtroom # 19, 7th Floor |
|---|---|
| | Date and Time<br>June 9, 2008, at 2:30 p.m. |
| Before:   The Honorable Patti B. Saris, U.S.D.J. | |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    X Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   3606

Brief description of offense:

Violation of Conditions of Supervised Release.

_____        April 29, 2008
Signature of Issuing Officer          Date

/s/ Robert C. Alba, Deputy Clerk
Name and Title of Issuing Officer